UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ORANGE, MICHAEL HIGGINS and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:14−cv−01134−JVS−RNB<br>Judge: Hon. James V. Selna<br><br>**[PROPOSED] JUDGMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, [PROPOSED] ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

　　　The Motion for Summary Judgment of Defendants, the County of Orange and Michael Higgins (hereinafter, "Defendants"), as to the Second Amended Complaint of Plaintiff, Kimberly J. Zion, individually and as successor in interest to Connor Zion, and nominal defendant David DeMulle, came on regularly for hearing in the above-entitled Court.

　　　The Court finds there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law.

1 | In the alternative,

2 | The Court finds there is no genuine dispute as to any material fact as to the
3 | following issues and Defendants are entitled to judgment as a matter of law:

13 | IT IS SO ORDERED.

14 | DATED: _____

17 | UNITED STATES DISTRICT COURT JUDGE