JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF ORANGE, MICHAEL HIGGINS and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 8:14−cv−01134−JVS−RNB<br>Judge:  Hon. James V. Selna<br><br>**JUDGMENT**<br><br>Action Filed:    July 18, 2014 |

On October 7, 2015, this Court granted in its entirety the Motion for Summary Judgment of Defendants, County of Orange and Michael Higgins, pursuant to Federal Rule of Civil Procedure 56 on the grounds that the claims as set forth in the Complaint of Plaintiff KIMBERLY ZION, individually and as successor in interest to Connor Zion, are without merit as a matter of law against Defendants County of Orange and Michael Higgins.

In accordance with the Court's Order granting the Defendants' Motion for Summary Judgment, the Court now enters the following judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      Plaintiff Kimberly Zion, individually and as successor in interest to Connor Zion, shall recover nothing from Defendant County of Orange or Defendant Michael Higgins;

2.      Nominal Defendant David Demulle shall recover nothing from Defendant County of Orange or Defendant Michael Higgins;

3.      Judgment is entered in favor of Defendant County of Orange and Defendant Michael Higgins on all claims of Kimberly Zion; and

4.      Defendant County of Orange and Defendant Michael Higgins shall recover costs of suit from Kimberly Zion.

DATED:  October 22, 2015

_____
UNITED STATES DISTRICT JUDGE