WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
JEANNE L. TOLLISON - State Bar No. 238970
jtollison@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants COUNTY OF ORANGE and MICHAEL HIGGINS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, MICHAEL HIGGINS and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: SACV 14-01134 JVS (JDEx)<br><br>BEFORE THE HONORABLE JAMES V. SELNA<br><br>**STIPULATION RE DEFENDANTS' POST-TRIAL MOTIONS** |

Plaintiff KIMBERLY ZION ("Plaintiff"), and Defendants COUNTY OF ORANGE AND MICHAEL HIGGINS ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, and subject to the approval of the court, **HEREBY STIPULATE** that:

1. On Tuesday, February 26, 2019, the Parties met and conferred pursuant to L.R. 7-3 with respect to Defendants' proposed post-trial motions.

2. During the Parties' meet and confer efforts, the Parties agreed that Defendants will file one brief, not to exceed 30 pages, that combines Defendants' motion for a new trial and/or to alter/amend the judgment, rather than two separate 25-page motions; however, to the extent Defendants bring a post-judgment motion for

1

1390131.1

qualified immunity, it is not included in the 30-page limitation and will be brought as a separate motion to which the federal and local rules will apply.

3. Plaintiff will file one brief, not to exceed 30 pages, in opposition to Defendants' combined motion for a new trial and/or to alter/amend the judgment. Plaintiff may also file a separate brief in opposition to Defendants' separately filed motion for qualified immunity with the page limit subject to the Local Rules.

4. The page limitations for Defendants' reply brief(s) will remain unchanged and will comply with the Local Rules on page limits.

DATED: March 1, 2019     WOODRUFF, SPRADLIN & SMART, APC

By: *s/Jeanne Tollison*
    DANIEL K. SPRADLIN
    JEANNE L. TOLLISON
    Attorneys for Defendants COUNTY OF ORANGE and MICHAEL HIGGINS

DATED: March 1, 2019     HADSELL STORMER &RENICK LLP

By: *s/Brian Olney*
    DAN STORMER
    CINDY PANUCO
    BRIAN OLNEY
    Attorneys for Plaintiff

1390131.1

Pursuant to Local Rule 5-4.3.4, I, Jeanne Tollison, attest that Brian Olney concurs with the content of this Stipulation re Defendants' Post-Trial Motions and has authorized its filing.

DATED: March 1, 2019                WOODRUFF, SPRADLIN & SMART, APC


By: *s/Jeanne Tollison*_____
DANIEL K. SPRADLIN
JEANNE L. TOLLISON
Attorneys for Defendants COUNTY OF ORANGE and MICHAEL HIGGINS

1390131.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On March 1, 2019, I served the foregoing document(s) described as **STIPULATION RE DEFENDANTS' POST-TRIAL MOTIONS**

☐  by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐  by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐  **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒  **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐  **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐  **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on March 1, 2019 at Costa Mesa, California.

*s/Kathleen Moore*
Kathleen Moore

1390131.1

**KIMBERLY ZION v. COUNTY OF ORANGE, et al.**
**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CASE #: 8:14-cv-01134-JVS-RNB**
**ASSIGNED TO JUDGE JAMES V. SELNA**
**REFERRED TO MAGISTRATE JUDGE JOHN D. EARLY**
**SERVICE LIST**

| | |
|---|---|
| Dan Stormer, Esq.<br>Cindy Panuco<br>Brian Olney, Esq.<br>HADSELL STORMER & RENICK LLP<br>128 North Fair Oaks Ave.<br>Pasadena, CA 91103<br>Telephone: (626) 585-9600<br>Facsimile: (626) 577-7079<br>Email: dstormer@hadsellstormer.com<br>        cpanuco@hadsellstormer.com<br>        bolney@hadsellstormer.com | Attorneys for Plaintiff<br>**KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION** |

8/20/18

1390131.1