Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiff

WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
JEANNE L. TOLLISON - State Bar No. 238970
jtollison@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants COUNTY OF ORANGE
and MICHAEL HIGGINS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, MICHAEL HIGGINS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:14-cv-01134-JVS-JDE<br><br>[Assigned to the Honorable James V. Selna - Courtroom 10C]<br><br>**JOINT STIPULATION RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>Complaint filed:  July 18, 2014<br>Trial Date:        January 8, 2019 |

---

JNT STIP RE PLTF'S MTN FOR ATTYS'
FEES AND NON-TAXABLE COSTS

Plaintiff KIMBERLY ZION ("Plaintiff"), and Defendants COUNTY OF ORANGE AND MICHAEL HIGGINS ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, and subject to the approval of the court, hereby stipulate as follows:

WHEREAS on February 20, 2019, Plaintiff filed her Motion for Attorney's Fees and Non-Taxable Costs, setting the motion for hearing on March 25, 2019 (Dkt. 305);

WHEREAS on March 4, 2019, Defendants filed their Opposition thereto (Dkt. 307);

WHEREAS on March 11, 2019, Plaintiff filed her Reply (Dkt. 312);

WHEREAS the Court took Plaintiff's motion off calendar until Defendants' post-trial motions were resolved (Dkt. 336);

WHEREAS at the April 15, 2019, hearing on Defendants' post-trial motions, this Court gave Plaintiff leave to file a supplement to her fee motion identifying fees incurred since the filing of her Reply, and asked the Parties to propose a hearing date for the fee motion (Dkt No. 347);

**IT IS HEREBY STIPULATED** among the Parties that:

1. Subject to Court approval the Parties' propose the following schedule:

    a. April 22, 2019: Plaintiff will file her supplement to her fee motion.

    b. April 29, 2019: Defendants will file any response to Plaintiff's supplement.

    c. The motion will be set for hearing on May 6, 2019, at 1:30 p.m.

Dated: April 22, 2019

Respectfully Submitted,
HADSELL STORMER & RENICK LLP

By:   /s/ - Brian Olney
    Dan Stormer
    Brian Olney
Attorneys for Plaintiff

Dated: April 22, 2019

WOODRUFF, SPRADLIN & SMART, APC

By:   /s/ - Jeanne L. Tollison
    DANIEL K. SPRADLIN
    JEANNE L. TOLLISON
Attorneys for Defendants COUNTY OF ORANGE and MICHAEL HIGGINS

JNT STIP RE PLTF'S MTN FOR ATTYS' FEES & NON-TAXABLE COSTS         -1-