Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ORANGE, MICHAEL HIGGINS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:14-cv-01134-JVS-JDE<br><br>[Assigned to the Honorable James V. Selna - Courtroom 10C]<br><br>**SECOND SUPPLEMENTAL DECLARATION OF DAN STORMER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>Complaint filed: July 18, 2014<br>Trial Date:      January 8, 2019 |

# DECLARATION OF DAN STORMER

I, Dan Stormer, declare and state:

1. I am a partner at Hadsell Stormer & Renick LLP and attorney of record for Plaintiff in this action. I am licensed to practice law in California and before this Court. I make this declaration in support of Plaintiff's Motion for Attorney's Fees and Non-Taxable Costs. It is based on my own personal knowledge, and if called as a witness, I could and would testify to the following matters.

2. As more fully set forth below, Plaintiff seeks an additional **$100,802.93**, consisting of $96,905.50 in attorney's fees and $3,897.43 in costs incurred since the filing of her Reply brief on March 11, 2019.  This figure includes $84,443.50 in fees incurred since March 11, and $12,462 in additional fees Plaintiff expects to reasonably incur after the filing of this declaration to prepare for and appear at the Court's hearing on the instant motion.

3. Plaintiff sought $1,366,115.50 in total fees and costs for all work performed and all costs incurred through the filing of her Reply brief on March 11, 2019.  Adding the $100,802.93 in additional fees and costs incurred since March 11 (including the $12,462 in fees which Plaintiff anticipates she reasonably will incur through the Court's hearing on the instant motion) brings her total request for reasonable fees and costs in this litigation to **$1,466,918.43.**

4. Since filing her Reply brief in support of her motion for attorney's fees on March 11, 2019 (Dkt No. 312), Plaintiff Kimberly Zion has incurred 164.5 hours of additional work opposing Defendants' several post-trial motions (Dkt Nos. 309, 311) and preparing the instant declaration, totaling $90,580.50 in additional attorney's fees.  This work included (1) preparing an opposition briefs to Defendant Michael Higgins's motion for entry of judgement as a matter of law (Dkt No. 326); (2); preparing a second 30-page opposition brief to Defendants' combined motion to alter or amend the judgment and/or motion for a new trial (Dkt No. 328); (3) preparing a supplemental brief addressing new arguments raised in Defendant Higgins's Reply brief as ordered by the Court (Dkt No.

344); and (4) preparing for and appearing at the Court's April 15, 2019, hearing on Defendants' motions. Defendants' post-trial briefs totaled 76 pages, raised many legal issues, and required considerable time and effort to oppose, including substantial legal research and a detailed review of the record at trial.

5. We are not seeking compensation for the work performed since March 11 by Jordyn Bishop, Daniel Johnson, or our paralegal Jessica Valdenegro, because we did not seek compensation for their work in our opening brief, and because their hours incurred since that time remain *de minimis*. This results in a deduction of $6,137. With this deduction, the total fees incurred since March 11 are reduced from $90,580.50 to **$84,443.50.** In addition, we did not bill for certain time spent conferencing among attorneys or with our legal assistants.

6. A complete listing of Plaintiff's contemporaneously-entered time entries is attached hereto as Exhibit A.

7. The work described herein was performed by 5 attorneys, 3 legal assistants, and 1 law student, as summarized in the following table:

| Name | Title / Year of Graduation | Rate | Hours Since 3/11/19 | Lodestar |
|---|---|---|---|---|
| Dan Stormer | Attorney, 1974 | $1,150 | 17.4 | $20,010 |
| Joshua Piovia-Scott | Attorney, 2002 | $725 | 15.6 | $11,310 |
| Cindy Pánuco | Attorney, 2009 | $575 | 11.0 | $6,325 |
| Brian Olney | Attorney, 2013 | $475 | 98.3 | $46,692.50 |
| Jordyn A. Bishop | Attorney, 2017 | $350 | 11.0 | $3,850 |
| Daniel Johnson | Law Student | $220 | 9.6 | $2,112 |
| Mitzi Mendoza | Legal Assistant | $175 | 0.5 | $88 |
| Tami Galindo | Legal Assistant | $175 | 0.1 | $18 |
| Jessica Valdenegro | Legal Assistant | $175 | 1.0 | $175 |
| **TOTAL LODESTAR** | | | 164.5 | $90,580.50 |
| **TOTAL FEES REQUESTED** | | | 153.3 | $84,443.50 |

8. I anticipate that I will reasonably incur 6.5 hours preparing for (4 hours) and appearing at Court's hearing on Plaintiff's fee motion (2.5 hours, including an estimated 2 hours of roundtrip travel between our Pasadena office and the Courthouse in Santa Ana), and that Mr. Olney will incur 10.5 hours preparing for (8 hours) and appearing at the hearing (2.5 hours, including travel). These hours account for an addition $12,462 ($7,475 for me + $4,987 for Mr. Olney) in attorney's fees at our respective rates. Including these fees brings the total additional fees requested herein to **$96,905.50** ($84,443.50 + $12,462).

9. Consistent with our practice throughout this litigation, I organized our work on these projects economically by assigning the majority of the work to attorneys with lower billing rates. Specifically, Mr. Olney performed two-thirds of all the attorney work opposing Defendants' post-trial motions, including taking the lead role researching and drafting our briefs and arguing the motions at the Court's April 15 hearing.

10. Although we did not seek compensation in our motion for the *de minimis* work performed by Mr. Piovia-Scott, the work he performed on our Opposition briefs was substantial and we accordingly seek compensation for that work here.

11. Mr. Piovia-Scott graduated from the UCLA School of Law in 2002 as part of the Program in Public Interest Law and Policy and was a member of the second class of the law school's Concentration in Critical Race Studies. Mr. Piovia-Scott has been a partner at Hadsell Stormer & Renick LLP since 2013. He requests an hourly fee of $725.

12. Mr. Piovia-Scott has worked on a wide range of high-profile civil rights cases, including as one of the lead counsel in *Keunang v. LAPD*, a video recorded fatal shooting that made international news and for which we secured a jury verdict that the officers violated Mr. Keunang's constitutional rights by using excessive force, and then negotiated a $1.95 million settlement. In *Mayfield v. Sacramento County Sheriff's Department*, Mr. Piovia-Scott helped obtain a $5 million settlement on behalf of a young man who was beaten in the Sacramento County Jail, whose mental illness went untreated and who was paralyzed in a suicide attempt. In *De La Trinidad v. Los Angeles County*

*Sheriff's Department,* Mr. Piovia-Scott helped secure a $5.3 million settlement on behalf of the family of a man who was shot and killed by Sheriff's deputies, and in *Ruiz v. Jackson*, he helped obtain a jury award of $1.6 million against a Sony Executive for coercing a Filipino woman into service as a domestic slave. Mr. Piovia-Scott was one of the lead counsel in *Claypole v. Monterey County,* where he helped obtain a $1.1 million settlement on behalf of the mother of a young man who committed suicide in the Monterey County Jail. He also served as lead trial counsel in a three-week arbitration trial in which he obtained a $2 million verdict on behalf of a long-time employee who was discriminated against and then terminated because of his age. Mr. Piovia-Scott secured a published appellate court victory for First Amendment rights as one of the lead counsel in the case of former Orange County Sheriff Jeff Bardzik, who alleged that he was retaliated against by then-Sheriff Michael Carona for supporting Carona's opponent in the election for County Sheriff. Mr. Piovia-Scott successfully briefed and argued the case in the United States Court of Appeals for the Ninth Circuit, which issued a published opinion holding that Mr. Bardzik could proceed to trial on his First Amendment right to political speech claim and that Carona was not entitled to qualified immunity for his retaliation. *Bardzik v. County of Orange*, 635 F.3d 1138 (9th Cir. 2011). Mr. Piovia-Scott then helped obtain a $950,000 settlement for Mr. Bardzik, one of the largest settlements of this kind in the history of Orange County.

13. Mr. Piovia-Scott received the "Religious Liberty Award" from the ACLU of Southern California in 2012 for his work on a case challenging the United States government's surveillance of Muslim Americans solely on the basis of their religion. *Fazaga, et al. v. Federal Bureau of Investigations*, et al., SACV11-00301CJC (VBKx). Mr. Piovia-Scott was selected as a "Super Lawyer" by the Los Angeles Magazine and Law & Politics Magazine in 2017 and 2018 after being selected as a "Rising Star" by the same publication each year since 2005. He is frequently asked to speak about civil rights litigation by legal organizations, law schools and universities, including the UCLA School of Law, Loyola Law School and Occidental College.

14. Mr. Piovia-Scott provided valuable assistance in the preparation of Plaintiff's Opposition briefs. I assigned him to research and analyze several discreet issues, tasks he was able to perform quickly and efficiently due to his extensive experience. Although new to this case, Mr. Piovia-Scott did not need to spend time orienting to the case, again due to his extensive experience. I coordinated Mr. Piovia-Scott's with that performed by Mr. Olney so as to avoid any duplication of effort.

15. Our firm also incurred $3,897.43 in compensable costs after we filed our Reply brief in support of our fee motion on March 11, 2019. An itemized list of Plaintiff's costs incurred since March 11 is attached hereto as Exhibit B.[1] Where available, receipts documenting these costs are attached hereto as Exhibit C. We seek compensation for the following costs:

| Description | Amount |
| --- | --- |
| Litigation Files | $60.00 |
| Photocopying | $1,489.80 |
| Scanning | $34.05 |
| Index Tabs | $49.20 |
| Supplies | $6.00 |
| Telephone | $5.00 |
| Word Processing | $1,442.00 |
| Lexis/Pacer Research | $16.96 |
| Courier | $31.78 |
| In-house Messenger | $455.00 |
| Reproduction of Documents | $147.58[2] |

---

[1] Exhibit B also lists $8,995.00 in expert fees for services incurred during this litigation but not paid until March 19, 2019. Plaintiff is not seeking compensation for these expert fees. *See* Dkt No. 305 at 24 n.6.

[2] The amount reflects the 346 total pages in Plaintiff's filings at Dkt Nos. 324 (4 pages), 326 (19 pages), 326-1 (95 pages), and 328 (37 pages), 328-1 (185 pages), and 344 (6 pages), for which Plaintiff was required to deliver a Mandatory Chambers Copy to the

SECOND SUPPL DECL DAN STORMER ISO
PLTF'S MTN FOR ATTYS' FEES
-5-

| Mileage / Parking | $255.76[3] |
|---|---|
| Witness Fees | ($95.70)[4] |
| **TOTAL** | **$3,897.43** |

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd day of April 2019 in Pasadena, California.

                                  /s/ Dan Stormer
                                  Dan Stormer

---

Court, times our billing rate of $0.30/page. The amount also includes our billing rate of $10.94 for the actual cost of each of the four USB drives we filed containing the multimedia exhibits attached to Plaintiff's Opposition briefs to Defendants' post-trial motions. *See* L.R. 34-3.10(a) (stating that copy fees for Mandatory Chambers Copies are compensable). I have not included any of Plaintiff's amended or errata filings in this total, *see*, *e.g.*, Dkt Nos. 332, 333, 335, 345.

[3] The amount includes $71.60 in costs for services provided prior to March 11, but not paid until April 18, 2019, and not previously included in Plaintiff's bill of costs, attorney fee motion, or Reply.

[4] Plaintiff received a refund for $95.70 in witness fees for witnesses John Suwanpruksa and Ryan McCulloch, which were previously included in her bill of costs filed at Dkt No. 304. Because we previously sought compensation for this $95.70, it is listed as an offset herein.

HADSELL STORMER & RENICK LLP
128 N. FAIR OAKS AVENUE
SUITE 204
PASADENA, CA 91103


Invoice submitted to:
Kimberly Zion, et al.  v. County of Orange, et al.


April 22, 2019


Invoice #12462


Professional Services

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 3/12/2019 | JAB | Research | Call w CP, legal research re: submitting further interrogatories after verdict, email findings | 4.00<br>350.00/hr | NO CHARGE |
| | BO | Motion | Draft opposition to Rule 59 motion | 6.30<br>475.00/hr | NO CHARGE |
| | BO | Motion | Draft opposition to Rule 50 motion | 0.40<br>475.00/hr | NO CHARGE |
| | DJ | Meeting | meeting w/ Brian Olney re: challenges in Zion verdict/damages and remittitur | 0.30<br>220.00/hr | NO CHARGE |
| | DJ | Research | Remittitur research | 4.50<br>220.00/hr | NO CHARGE |
| 3/13/2019 | BO | Motion | Draft opposition to Rule 50 motion | 7.40<br>475.00/hr | NO CHARGE |
| 3/14/2019 | CP | Draft | draft and find cites re procedural history on Motion in limine's and evidence exlcuded unknown to Higgins for factual section re: post-trial opposition briefs; send to cocounsel | 6.80<br>575.00/hr | NO CHARGE |
| | BO | Draft | Draft opposition to Rule 59 motion | 7.70<br>475.00/hr | NO CHARGE |
| 3/15/2019 | BO | Draft | Draft opposition to Rule 59 motion | 5.80<br>475.00/hr | NO CHARGE |
| | BO | Miscellaneous | Mtg w/ CP re Zion opposition briefs (0.3); Mtg w/ JV re Zion opposition briefs (0.1); Calls w/ JPS, JB re Opp to Rule 59 Motion (0.5) | 0.90<br>475.00/hr | NO CHARGE |
| | DJ | Telephone | Meeting w/ JPS, Brian Olney, and Rachel about the Zion case remittitur | 0.30<br>220.00/hr | NO CHARGE |

Exhibit A
Page 1

Kimberly Zion, et al.  v. County of Orange, et al.            Page 2

| Date | Init | Type | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/15/2019 | DJ | Research | Pre-death pain and suffering research for remittitur | 4.00 220.00/hr | NO CHARGE |
| | DJ | Memorandum | Write up of research on pre-death pain and suffering | 0.50 220.00/hr | NO CHARGE |
| | JP | Preparation | preapre opps, legal resaerch, review file, trial documents, documents | 6.20 725.00/hr | NO CHARGE |
| | CP | Conference | Meeting w/ BO re: opposition briefs | 0.30 575.00/hr | NO CHARGE |
| | JAB | Telephone | Calls w/ JPS, BO re Opp to Rule 59 Motion | 0.50 350.00/hr | NO CHARGE |
| | JAB | Research | Legal research re Opp to Rule 59 Motion; draft opps | 6.50 350.00/hr | NO CHARGE |
| 3/16/2019 | BO | Draft | Draft opposition to Rule 59 motion | 6.30 475.00/hr | NO CHARGE |
| 3/17/2019 | CP | Draft | draft and find cites re damages part of factual section re: post-trial opposition briefs; send to cocounsel | 3.90 575.00/hr | NO CHARGE |
| | BO | Draft | Draft opposition to Rule 59 motion | 9.20 475.00/hr | NO CHARGE |
| 3/18/2019 | MM | Telephone | knox re: chambers copy | 0.10 175.00/hr | NO CHARGE |
| | MM | Conference | TG re: trial exhibits | 0.30 175.00/hr | NO CHARGE |
| | DS | Preparation | edit / revise opposition briefs | 3.90 1,150.00/hr | NO CHARGE |
| | BO | Draft | Draft opposition to Rule 50 motion | 11.90 475.00/hr | NO CHARGE |
| | JP | Filing | gather evidence and assist with filing, review trial transcripts, documents, file, trial info | 9.40 725.00/hr | NO CHARGE |
| 3/19/2019 | BO | Motion | Review Defts' post-trial briefs, research Oppositions | 3.50 475.00/hr | NO CHARGE |
| | MM | Conference | TG re: chambers copy | 0.10 175.00/hr | NO CHARGE |
| | JV | Miscellaneous | prep courtesy copy | 0.30 175.00/hr | NO CHARGE |
| | JV | Conference | conf with BO, conf with TG, conf with DH | 0.30 175.00/hr | NO CHARGE |
| 3/25/2019 | DS | Motion | review Defendants' Reply briefs | 1.60 1,150.00/hr | NO CHARGE |
| | BO | Telephone | Call w/ client re post-trial motions | 0.50 475.00/hr | NO CHARGE |
| 3/26/2019 | TG | Miscellaneous | prepare efiled documents | 0.10 175.00/hr | NO CHARGE |
| | BO | Review | Review Defendants' Reply briefs filed ISO of post-trial motions, prep for hearing | 2.00 475.00/hr | NO CHARGE |
| | BO | Research | Research, draft supplemental brief re Rule 50 | 3.00 475.00/hr | NO CHARGE |
| 3/27/2019 | DS | Preparation | research re: Rule 50 procedural requirements | 0.80 1,150.00/hr | NO CHARGE |

Kimberly Zion, et al.  v. County of Orange, et al.            Page    3

| Date | Atty | Type | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 3/28/2019 | BO | Motion | Draft supplemental brief re Rule 50 | 5.70<br>475.00/hr | NO CHARGE |
| | BO | Motion | Mtgs w/ JV, JV & MM re attorney fee motion | 0.20<br>475.00/hr | NO CHARGE |
| | DS | Preparation | research Rule 50 procedural requirements | 1.90<br>1,150.00/hr | NO CHARGE |
| 3/29/2019 | BO | Draft | Draft supplemental brief re Rule 50 | 2.00<br>475.00/hr | NO CHARGE |
| | BO | Edit/ Revise | Edit, revise notice of errata re: attorney fee motion | 0.60<br>475.00/hr | NO CHARGE |
| | DS | Preparation | review various drafts of supplemental brief, edit and revise | 1.80<br>1,150.00/hr | NO CHARGE |
| 4/1/2019 | JV | Miscellaneous | prep courtesy copies | 0.20<br>175.00/hr | NO CHARGE |
| 4/2/2019 | JV | Miscellaneous | prep courtesy copy | 0.20<br>175.00/hr | NO CHARGE |
| 4/12/2019 | BO | Hearing | Prepare for 4/15 hearing on post-trial motions | 7.20<br>475.00/hr | NO CHARGE |
| | DS | Preparation | prepare for hearing | 2.30<br>1,150.00/hr | NO CHARGE |
| 4/13/2019 | BO | Hearing | Prepare for 4/15 hearing on post-trial motions | 2.40<br>475.00/hr | NO CHARGE |
| 4/14/2019 | BO | Hearing | Prepare for 4/15 hearing on post-trial motions | 2.00<br>475.00/hr | NO CHARGE |
| 4/15/2019 | BO | Hearing | Prepare for 4/15 hearing on post-trial motions (3.9), travel to / from Santa Ana (2.2), attend hearing (1.5) | 7.60<br>475.00/hr | NO CHARGE |
| | DS | Preparation | travel | 2.20<br>1,150.00/hr | NO CHARGE |
| | DS | Preparation | preparation BO/reviewe opinions/hearing | 2.90<br>1,150.00/hr | NO CHARGE |
| 4/18/2019 | BO | Miscellaneous | Mtg w/ DS re fee motion, email Defendants re schedule for filing supplement with post-Reply fees and calendaring hearing | 0.10<br>475.00/hr | NO CHARGE |
| 4/19/2019 | BO | Draft | Draft fee motion supplement | 2.90<br>475.00/hr | NO CHARGE |
| 4/22/2019 | BO | Draft | Draft, edit, and finalize fee motion supplement | 2.60<br>475.00/hr | NO CHARGE |
| | BO | Edit/ Revise | Edit, review proposed stipulation and proposed order re: fee motion briefing and hearing schedule, email Opp counsel re: same | 0.10<br>475.00/hr | NO CHARGE |
| | | For professional services rendered | | 164.50 | $0.00 |

Kimberly Zion, et al.  v. County of Orange, et al.                                                                              Page     4

|  | User Summary | | |
|---|---|---|---|
| Name | Hours | Rate | Amount |
| Brian Olney | 98.30 | 0.00 | $0.00 |
| Cindy Panuco | 11.00 | 0.00 | $0.00 |
| Daniel Johnson | 9.60 | 0.00 | $0.00 |
| DS Dan Stormer | 17.40 | 0.00 | $0.00 |
| Jessica Valdenegro | 1.00 | 0.00 | $0.00 |
| Jordyn Ashley Bishop | 11.00 | 0.00 | $0.00 |
| Josh Piovia-Scott | 15.60 | 0.00 | $0.00 |
| Mitzi Mendoza | 0.50 | 0.00 | $0.00 |
| Tami Galindo | 0.10 | 0.00 | $0.00 |

**Exhibit A**

**Page 4**

HADSELL STORMER & RENICK LLP  
128 N. FAIR OAKS AVENUE  
SUITE 204  
PASADENA, CA 91103  

Invoice submitted to:  
Kimberly Zion, et al.  v. County of Orange, et al.  

April 22, 2019  

Invoice #12462  

    Additional Charges :

|  |  | Amount |
|---|---|---:|
|  | $Expert Fees |  |
| 3/19/2019 | $Expert Fees<br>On Scene Consulting - Scott De Foe Expert Fees | 8,995.00 |
|  | SUBTOTAL: | [ 8,995.00] |
|  | $*Lit. Files |  |
| 3/26/2019 | $*Lit. Files<br>Monthly Litigation Files | 60.00 |
|  | SUBTOTAL: | [ 60.00] |
|  | $Photocopying |  |
| 3/27/2019 | $Photocopying<br>Monthly Photocopying-Xerox copier | 1,489.80 |
|  | SUBTOTAL: | [ 1,489.80] |
|  | $Scanning |  |
| 3/27/2019 | In-house-Scanning<br>Monthly In-house Scanning | 34.05 |
|  | SUBTOTAL: | [ 34.05] |

Exhibit B  
Page 1

Kimberly Zion, et al.  v. County of Orange, et al.                                                                 Page     2

|            |                                                                                                         | Amount     |
|------------|---------------------------------------------------------------------------------------------------------|-----------:|
|            | $*Index Tabs                                                                                            |            |
| 3/29/2019  | $*Index Tabs<br>Monthly Index Tabs                                                                      | 49.20      |
|            | SUBTOTAL:                                                                                               | [    49.20] |
|            | $*Month Supply                                                                                          |            |
| 3/29/2019  | $*Month Supply<br>Monthly Supplies                                                                      | 6.00       |
|            | SUBTOTAL:                                                                                               | [     6.00] |
|            | $*Monthly Phone                                                                                         |            |
| 3/29/2019  | $*Monthly Phone<br>Monthly Telephone                                                                    | 5.00       |
|            | SUBTOTAL:                                                                                               | [     5.00] |
|            | $*Wordprocess                                                                                           |            |
| 3/31/2019  | Wordprocessing<br>Monthly word processing- printing/downloading documents/emailing/e-filing-JV          | 21.00      |
|            | Wordprocessing<br>Monthly word processing- printing/downloading documents/emailing/e-filing-NM          | 70.00      |
|            | Wordprocessing<br>Monthly word processing- printing/downloading documents/emailing/e-filing-TG          | 87.50      |
|            | Wordprocessing<br>Monthly word processing- printing/downloading documents/emailing/e-filing             | 1,263.50   |
|            | SUBTOTAL:                                                                                               | [ 1,442.00] |
|            | $Lexis                                                                                                  |            |
| 4/1/2019   | $Lexis<br>Monthly legal research-Month of March 2019                                                    | 16.96      |
|            | SUBTOTAL:                                                                                               | [    16.96] |
|            | $Courier Charge                                                                                         |            |
| 4/16/2019  | $Courier Charge<br>UPS - courier charge                                                                 | 31.78      |
|            | SUBTOTAL:                                                                                               | [    31.78] |
|            | $Messenger LA                                                                                           |            |
| 4/18/2019  | $Messenger LA<br>Deliver to USDC 350 W 1st Street, LA CA on 02/21/19 re: Bill of costs                  | 32.00      |

Exhibit B
Page 2

Kimberly Zion, et al.  v. County of Orange, et al.                                                    Page     3

|  |  | Amount |
|---|---|---:|
|  | SUBTOTAL: | [      32.00] |

$Messenger OC

| 4/18/2019 | $Messenger OC<br>Deliver to Daniel Spradlen 333 Anton Blvd., Costa Mesa, CA on 03/19/19 | 47.00 |
|---|---|---:|
|  | $Messenger OC<br>Deliver to USDC 4th Street, Santa Ana, CA on 03/20/19 | 94.00 |
|  | $Messenger OC<br>Pick up from USDC 4th Street, Santa Ana, CA on 03/19/19 | 94.00 |
|  | $Messenger OC<br>Deliver to USDC 4th Street, Santa Ana, CA on 03/12/19 | 94.00 |
|  | $Messenger OC<br>Pick up from USDC W 4th Street, Santa Ana, CA on 02/21/19 | 94.00 |
|  | SUBTOTAL: | [     423.00] |

$Mlg/Parking

| 4/18/2019 | $Mlg/Parking<br>Mileage/Parking-D. Hannah | 255.76 |
|---|---|---:|
|  | SUBTOTAL: | [     255.76] |
|  | Total costs | $12,840.55 |
| 3/26/2019 | Payment - thank you - Refund for John Suwanpruksa and Ryan McCulloch re: did not appear. Check No. 0205665 | ($95.70) |
|  | Total payments and adjustments | ($95.70) |
|  | Balance due | $12,744.85 |



**Delivery Service Invoice**
Invoice Date **April 6, 2019**
Invoice Number 0000A4V969149
Shipper Number A4V969

Page 3 of 4

**Outbound**
**UPS Shipping Document**

**UPS Internet Shipping**

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 03/29 | 1ZA4V9690194632404 | Next Day Air Commercial Letter | 92701 | 102 | Letter | 24.64 | -9.86 | 14.78 |
| | | Fuel Surcharge | | | | 1.85 | -0.74 | 1.11 |
| | | Promotion Code applied:easy | | | | | | |
| | | Total | | | | 26.49 | -10.60 | 15.89 |
| | UserID: jes_val | | | | | | | |
| | Sender: J. Valdenegro - Zion | | Receiver: | | | | | |
| | Hadsell Stormer & Renick LLP | | U.S. Courthouse | | | | | |
| | 128 N. Fair Oaks Ave. | | 411 West 4th Street | | | | | |
| | PASADENA CA 91103 | | SANTA ANA CA 92701 | | | | | |
| 04/01 | 1ZA4V9690190606619 | Next Day Air Commercial Letter | 92701 | 102 | Letter | 24.64 | -9.86 | 14.78 |
| | | Fuel Surcharge | | | | 1.85 | -0.74 | 1.11 |
| | | Promotion Code applied:easy | | | | | | |
| | | Total | | | | 26.49 | -10.60 | 15.89 |
| | UserID: jes_val | | | | | | | |
| | Sender: J. Valdenegro - ZION | | Receiver: ATTN: Hon. James V. | | | | | |
| | Hadsell Stormer & Renick LLP | | Ronald Reagan Federal Building | | | | | |
| | 128 N. Fair Oaks Ave. | | 411 W. Fourth St. | | | | | |
| | PASADENA CA 91103 | | SANTA ANA CA 92701 | | | | | |
| | **Total for Internet-ID:** jes_val | | | | | **52.98** | **-21.20** | **31.78** |

2/20 - 4/4/19 MILEAGE/CASH REIMBURSEMENT

| CLIENT | TOTAL MILES | × $.58 | TOTAL CASH REIMBURSEMENT | TOTAL |
|---|---|---|---|---|
| 1146 Zion | 433.2 | = $251.26 | + $4.50 | = $255.76 |

—David Hannah

BEN

Exhibit C
Page 2

# MILEAGE FORM

| 2019 DATE | CLIENT | FOR | TOTAL MILES | | PARK |
|---|---|---|---|---|---|
| 2/21 | 1146 Zion | Mitzi | 108.8 | USDC - Santa Ana/LA | $8.50 |
| 3/12 | 1146 Zion | Mitzi | 104.8 | USDC - Santa Ana | $1.50 |
| 3/19 | 1146 ZION | Jessica | 114.8 | USDC - Santa Ana / Daniel Spradlin - Customer | $1.50 / 0 |
| 3/20 | 1146 Zion | Jessica | 104.8 | USDC - Santa Ana | $1.50 |

Exhibit C
Page 3

**Claudia Lopez**

| | |
|---|---|
| **From:** | Staples Business Advantage <orders@staplesadvantage.com> |
| **Sent:** | Tuesday, January 15, 2019 3:33 PM |
| **To:** | Claudia Lopez |
| **Subject:** | Your Staples Business Advantage Order #7211650956 order status |



PAPER    INK & TONER    COFFEE    FURNITURE

**Hello Claudia Lopez,**

We have received your order and are preparing your items for fulfillment.

Please see your order details below.

**ORDER NUMBER:** 7211650956
**ORDER DATE:** 01/15/2019 6:33 PM ET
**ACCOUNT:** ▮

**SHIPPING SOON**

Expected Delivery: Wednesday, January 16, 2019
Ship To: 128 N FAIR OAKS, FL 1 PASADENA, CA 91103

| | | Quantity: | Price: | Subtotal: |
|---|---|---|---|---|
| [x] | Lexar JumpDrive S50 16GB USB 2.0 Flash Drives, 2/Pack (LJDS50-16GABNL2)<br>**Item #:** 2071292<br>**Customer Item #:** 2071292 | 3 | $19.99 | $59.97 |

## ORDER INFORMATION

**PAYMENT INFORMATION**

| | |
|---|---|
| Subtotal: | $219.73 |
| Shipping: | Free |
| Tax: | $20.87 |
| **Order Total:** | **$240.60** |

[x] **Premium** savings for this order: **$6.80**

**VIEW ORDER**

## YOU MIGHT ALSO LIKE

2

Exhibit C
Page 5