Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiff

WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
JEANNE L. TOLLISON - State Bar No. 238970
jtollison@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants COUNTY OF ORANGE
and MICHAEL HIGGINS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ORANGE, MICHAEL HIGGINS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:14-cv-01134-JVS-JDE<br><br>[Assigned to the Honorable James V. Selna - Courtroom 10C]<br><br>**ORDER GRANTING JOINT STIPULATION RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>Complaint filed:  July 18, 2014<br>Trial Date:       January 8, 2019 |

ORDER GRATING JNT STIP
RE PLTF'S MTN FOR ATTYS'FEES

## **ORDER**

The Court, having considered the Parties' joint stipulation, IT IS HEREBY ORDERED:

The Joint Stipulation re Plaintiff's Motion for Attorneys' Fees is **GRANTED**:

1. Plaintiff will file her supplement to her fee motion by April 22, 2019.
2. Defendants will file any response to Plaintiff's supplement by April 29, 2019.
3. The motion will be set for hearing on May 20, 2019 **[note date change]**, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: April 23, 2019

_____
Honorable James V. Selna
United States District Judge