Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to CONNOR ZION<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, MICHAEL HIGGINS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:14-cv-01134-JVS-JDE<br><br>[Assigned to the Honorable James V. Selna - Courtroom 10C]<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>DATE:   May 30, 2019<br>TIME:   1:30 p.m.<br>CRTRM:  10C |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Kimberly J. Zion, individually and as successor in interest to Connor Zion, hereby withdraws her Motion for Attorneys' Fees and Non-Taxable Costs, which is scheduled to be heard on May 30, 2019.  *See* Dkt Nos. 305 (Motion), 354 (continuing hearing date to May 30).  All Parties reached a settlement of this matter late in the afternoon on May 28, 2019.  Plaintiff immediately notified the Courtroom Deputy of the Parties' settlement.  The Courtroom Deputy requested that Plaintiff file a notice withdrawing her motion today.  In light of the Parties' settlement, Plaintiff withdraws her Motion and requests that her Motion be taken off-calendar.

Dated: May 29, 2019

Respectfully Submitted,

HADSELL STORMER & RENICK LLP

By:   /s/ - Brian Olney
Dan Stormer
Brian Olney
Attorneys for Plaintiff

NTC OF WITHDRAWAL OF PLTF'S
MTN FOR ATTORNEYS' FEES

-1-