# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Kimberly Zion

V.

County of Orange, et al.

Case Number: 8:14-cv-01134-JVS-JDE

Judgment was entered in this action on __2/6/2019__ / __303__ against __Defendants__.
                                           Date      Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | $905.00 |
| Fees for Service of Process (L.R. 54-3.2): | $328.38  ~~$1,256.84~~ |
| United States Marshal's Fees (L.R. 54-3.3): | $0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | $0.00 |
| Depositions (L.R. 54-3.5): | $0.00  ~~$8,718.45~~ |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $737.26 |
| Interpreter's Fees (L.R. 54-3.7): | $0.00 |
| Docket Fees (L.R. 54-3.8): | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $3,871.00 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | $0.00 |
| Other Costs - attach court order (L.R. 54-3.12): | $0.00 |
| State Court Costs (L.R. 54-3.13): | $0.00 |
| Costs on Appeal (L.R. 54-4): | $68.38 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | $0.00 |
| **TOTAL** | $5,910.02  ~~$15,556.93~~ |

Annotations (red boxes):

> Law firm billing records (Exhibits 4-5) are not sufficient documentation to support fees for service of process pursuant to L.R. 54-3.2 and L.R. 54-2.1.  The Knox Services invoices (Exhibits 8-9) do not specifically provide any information whatsoever regarding the services rendered (L.R. 54-2.1). Accordingly, the amounts in exhibits 8-9 are not taxable. Costs for delivery of chambers copies (Exhibits 14-26) are not taxable pursuant to L.R. 54-3.2.  Additionally, the documentation submitted for exhibits 14-26 do not make a distinction between the costs for delivery of chambers copies and the costs for service of process.  For these reasons, the costs claimed in exhibits 8-9 and 14-26 cannot be taxed.

> Failure to provide itemized invoices breaking out the per-page costs of transcripts from other costs, such as expediting, binding, or shipping fees, **will be sufficient grounds for not taxing the cost** pursuant to L.R. 54-3.5. None of the deposition invoices submitted contained an itemization of any kind.  Accordingly, all claimed deposition costs are not taxable.

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

/s/- Cindy Pánuco
Signature

Cindy Pánuco
Print Name

Attorney for: Plaintiff Kimberly Zion

Costs are taxed in the amount of  $5,910.02

Kiry Gray
Clerk of Court

By: __C.K.__
Deputy Clerk

June 14, 2019
Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Chelsea Beall, Laguna Niguel, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| Darlene Carpenter, Laguna Niguel, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| Melvin Herlin, Laguna Niguel, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| Marco Johnson, Laguna Niguel, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| Maria Johnson, Laguna Niguel, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| Shaparek Kamarei, M.D., Rancho Santa Margarita | | $40.00 | | | 41.8 | $22.78 | $62.78 |
| Dean Le, M.D., Laguna Hills, CA | 1 | $40.00 | | | 30.20 | $16.46 | $56.46 |
| Ryan McCulloch, Irvine, CA | | $40.00 | | | 14.4 | $7.85 | $47.85 |
| Julia Shacaelford, Laguna Niguel, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| Marc Shacaelford, Laguna Niguel, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| John Suwanpruiksa, Irvine, CA | | $40.00 | | | 14.4 | $7.85 | $47.85 |
| Theresa Wormer, Costa Mesa, CA | | $40.00 | | | 46.4 | $25.29 | $65.29 |
| | | | | | | TOTAL | $737.26 |