UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 5 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIMBERLY J. ZION, individually and as successor in interest to Connor Zion,<br><br>          Plaintiff-Appellee,<br><br>  v.<br><br>COUNTY OF ORANGE; MICHAEL HIGGINS,<br><br>          Defendants-Appellants. | No.   19-55567<br><br>D.C. No. 8:14-cv-01134-JVS-JDE<br>Central District of California, Santa Ana<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 9) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Chief Circuit Mediator

sl/mediation