BRIAN T. DUNN, ESQ. (SBN 176502)
Email: bdunn@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. ZION, | **CASE NO.: SACV 14-1134 JVS (RNBx)** |
| Plaintiff, | **NOTICE OF DISCHARGE OF ATTORNEY LIEN** |
| vs. | |
| COUNTY OF ORANGE, et al., | |
| Defendants. | |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES, AND THEIR**

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard. Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

**ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE THAT** The Cochran Firm California, (hereinafter "THE COCHRAN FIRM"), former attorneys of record for Plaintiff KIMBERLY ZION (hereinafter "Plaintiff"), HEREBY FOREVER DISCHARGES any previously asserted lien upon the proceeds of any prospective recovery by Plaintiff, whether by judgment or settlement, for reasonable attorneys' fees and costs.

DATED: November 13, 2019     Respectfully submitted,

     **THE COCHRAN FIRM CALIFORNIA**

     By:  /s/ Brian T. Dunn

          BRIAN T. DUNN